IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUKHWINDER S. MANN,

    Petitioner,                        No. CIV S-08-1111 MCE DAD P

    vs.

MICHAEL MUKASEY, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is being detained at the Yuba County Jail by the United States Bureau of Immigration and Customs Enforcement (ICE).  Petitioner has filed a habeas petition pursuant to 28 U.S.C. § 2241 and has paid the filing fee.

        In his form petition, petitioner challenges his indefinite detention.  Petitioner contends that on March 10, 2004, he was ordered deported, excluded or removed from the United States and that the Board of Immigration Appeals denied his appeal in 2004.  Petitioner was born in India and is awaiting removal to that country.

        The court will order petitioner to provide the following information or documents in support of his claim.  First, petitioner must provide the date or documents reflecting the date on which petitioner was initially placed in ICE detention.  Second, petitioner must clarify whether he has been in continuous ICE detention at Yuba County Jail since March 10, 2004, and

1

if not, the dates and locations of the places where petitioner has been detained.  Third, petitioner must clarify whether the county of India has refused to allow him to repatriate back to India, and the reason for the refusal or delay.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the service of this order petitioner shall file his response to this order.  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: September 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mann1111.ord