IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUKHWINDER S. MANN,

    Petitioner,                  No. CIV S-08-1111 MCE DAD P

    vs.

MICHAEL B. MUKASEY, et al.,

    Respondents.             <u>ORDER</u>

_____/

    Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

    Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer or a motion to dismiss.

    Petitioner has filed a motion requesting the appointment of counsel. The court will defer ruling on the motion until petitioner has filed an application requesting leave to proceed in forma pauperis. Petitioner is advised that the certificate portion of the application does not need to be completed and petitioner is not required to provide a certified copy of his inmate trust account statement.

/////

1

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondents are directed to file an answer or a motion to dismiss within sixty days from the date of this order.  If an answer is filed, respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

    2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss;

    3. Within thirty days from the date of this order, petitioner shall file his application requesting leave to proceed in forma pauperis by a prisoner;

    4. The Clerk of the Court is directed to provide petitioner with the court's application for requesting leave to proceed in forma pauperis by a prisoner; and

    5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

DATED: October 8, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
man01111.100