1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SUKHWINDER S. MANN,

11              Petitioner,              No. CIV S-08-1111 MCE DAD P

12        vs.

13   MICHAEL B. MUKASEY, et al.,

14              Respondents.            <u>ORDER</u>

15   _____/

16          Petitioner, an individual detained by the United States Immigration and Customs

17   Enforcement (ICE), has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. §

18   2241 and a request for appointment of counsel.  On October 31, 2008, petitioner filed an

19   application requesting leave to proceed in forma pauperis.

20          Examination of the in forma pauperis application reveals that petitioner is unable

21   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

22   granted.  <u>See</u> 28 U.S.C. § 1915(a).  In light of the complexity of the legal issues involved, the

23   court has determined that the interests of justice require appointment of counsel.  <u>See</u> 18 U.S.C.

24   § 3006A(a)(2)(B); <u>see</u> <u>also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

25          On October 9, 2008, the court ordered respondents to file their response to the

26   petition and for petitioner to thereafter file a traverse as appropriate.  In light of this order, the

1

1  court will vacate the October 9, 2008 order and direct the parties to propose a briefing schedule

2  by lodged stipulation and order.

3              Accordingly, IT IS HEREBY ORDERED that:

4              1.  The court order filed on October 9, 2008, is vacated;

5              2.  Petitioner's October 31, 2008 application to proceed in forma pauperis (Docket

6  No. 10) is granted.

7              3.  Petitioner's June 5, 2008 request for appointment of counsel (Docket No. 5) is

8  granted.

9              4.  The Federal Defender is appointed to represent petitioner.  The docket for this

10  action shall reflect that Ann McClintock, Assistant Federal Defender, is petitioner's attorney of

11  record.

12              5.  The Clerk of the Court is directed to serve a copy of this order and a copy of

13  petitioner's application for a writ of habeas corpus (Doc. No. 1) upon the United States Attorney

14  for the Eastern District of California.

15              6.  Respondent shall serve and file certified copies of petitioner's INS A-file

16  within a reasonable time but no later than thirty days after this order is served.

17              7.  Within thirty days after the filing of petitioner's INS A-file, the parties shall

18  propose a briefing schedule by lodged stipulation and order.

19              8.  A status conference will be set upon written request by any party.

20  DATED: November 5, 2008.

21

22  _____

23  DALE A. DROZD

      UNITED STATES MAGISTRATE JUDGE

24  DAD:4
     mann1111.110

25

26

                                                    2