McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHWINDER S. MANN, ) | 08-CV-S-01111-MCE-DAD |
| Petitioner, ) | |
| v. ) | **JOINT STIPULATION AND** |
| MICHAEL CHERTOFF, et. al. ) | **ORDER RE: DISMISSAL** |
| Respondents. ) | |

The parties respectfully inform the Court that petitioner Sukhwinder S. Mann was removed on November 21, 2008. *See* Attachment A (executed order of removal). Accordingly, the parties hereby stipulate to dismissal of the pending petition for writ of habeas corpus.

Dated: December 3, 2008                    Respectfully Submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney


                                      By:  _/s/ Audrey B. Hemesath_____
                                           Audrey B. Hemesath
                                           Assistant U.S. Attorney


                                           /s/ Carolyn M. Wiggin
                                           Carolyn M. Wiggin
                                           Attorney for Petitioner

1

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

Dated: December 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE